```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------
GENE FRIEDMAN,
            Plaintiff,
                                                            MEMORANDUM DECISION
v.
                                                            11 CV 1792 (VB)
SWISS RE AMERICA HOLDING
CORPORATION,
            Defendant.
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-9-11

Plaintiff Gene Friedman, proceeding pro se, has filed a motion (Doc. #20) to proceed in forma pauperis on his appeal of the Court's decision dated November 3, 2011 and judgment entered on November 4, 2011.

Having reviewed its decision, the Court hereby certifies that the appeal is frivolous and is therefore not taken in good faith. See 28 U.S.C. § 1915(a)(3); Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Plaintiff's request to proceed in forma pauperis on his appeal is DENIED.

The Clerk is instructed to terminate the pending motion.

Dated: December 9, 2011
       White Plains, New York

SO ORDERED:

Vincent L. Briccetti
United States District Judge

Copies Mailed/Faxed  12/9/11
Chambers of Vincent L. Briccetti