# LAW OFFICE OF PETER A. HURWITZ, PLLC

| Peter A. Hurwitz | 151 N. MAIN ST., 4th FLOOR<br>P.O. BOX 624<br>NEW CITY, NEW YORK 10956<br>TELEPHONE (845) 634-4966<br>FAX (845) 634-0872 (Not For Service)<br>E-MAIL HurwitzLawFirm@gmail.com | *Bronx Office*<br>3919 Dyre Avenue<br>Bronx, New York 10466<br>Telephone (718) 585-3429<br>*By Appointment only* |
|---|---|---|

PLEASE SEND ALL CORRESPONDENCE TO THE NEW CITY OFFICE

March 25, 2014

**VIA ECF**
Honorable Vincent L. Briccetti
Justice of the U.S. District Court, Southern District
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

RE:  **OPPOSITION TO REQUEST FOR CONFERENCE OR REFERRAL TO A MAGISTRATE**
Gene Friedman v. Swiss Re American Holding Corporation
Case No.: 11 Civ. 01792 (VB)
My File No.: 6673

Honorable Justice Briccetti:

My firm represents Plaintiff, Gene Friedman, in reference to the above matter. I respectfully write this letter in opposition to Defendant's letter to the Court dated March 24, 2014, requesting a conference or a referral to a Magistrate Judge.

The foregoing letter is another subtle attempt by Defendant to undermine the character of the Plaintiff, when it is Defendant's employee who has been on record at a staff meeting as racist and anti-Semitic. Defendant has failed to articulate any reasonable basis for their request for a conference or referral to a Magistrate Judge, or any reasonable basis that statements made during this litigation by Plaintiff are in any way a threat to Mr. Wieland.

Defendant's request that the deposition of Mr. Wieland be held at the Courthouse has already been made and denied by the Court. Plaintiff will seek costs payable by Defendant for having to oppose their motion that lacks any reasonable basis, or if required to appear at a conference to oppose Defendant's unreasonable request.

Respectfully submitted,

Peter A. Hurwitz

PAH/hs
cc: Susanne Kantor, Esq., Jackson Lewis LLP (via email)